WILLIS BAER, APPELLEE, V. OTTO SCHAAP, DOING BUSINESS AS SPEEDWAY SCAFFOLD COMPANY, APPELLANT, IMPLEADED WITH PARSONS CONSTRUCTION CO., A CORPORATION, APPELLEE.

109 N. W. 2d 724

Filed June 23, 1961. No. 34497.

See 168 Neb. 578, 97 N. W. 2d 207, and 171 Neb. 347, 106 N. W. 2d 468, for former opinions.

*Webb, Kelley, Green & Byam,* for appellant.

*Rice & Adams* and *Schrempp & Lathrop,* for appellee Baer.

*O'Dowd & Swift* and *Crossman, Barton & Quinlan,* for appellee Parsons Constr. Co.

PER CURIAM.

The opinion in Baer v. Schaap appearing in 168 Neb. 578, 97 N. W. 2d 207, was set aside in the opinion of Baer v. Schaap, 171 Neb. 347, 106 N. W. 2d 468. Reargument was ordered by this court on the latter opinion. During the pendency of time for reargument, the parties filed a stipulation in this court for dismissal of the action, which was allowed, and the appeal was dismissed.